UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23531-CIV-KING

JULIA LEANOVICH,

    Plaintiff,

v.

SEVEN SEAS SERVICES LIMITED,
SEVEN SEAS CRUISES S.DE R.L., LLC d/b/a
REGENT SEVEN SEAS CRUISES, and
PRESTIGE CRUISE HOLDINGS, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #13) filed October 26, 2017, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of October, 2017.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record